# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR00665-LAB |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF HIS TERM OF SUPERVISED RELEASE** |
| v. | |
| GARY KEVIN LAWLEY (2), | |
| Defendant. | |

IT IS HEREBY ORDERED, for good cause shown, that the Defendant's Unopposed Motion for Early Termination of his Term of Supervised Release, filed on July 2, 2020, as Document No. 118, be and is hereby granted, and defendant Gary Kevin Lawley's term of supervised release is terminated.

IT IS SO ORDERED.

DATED: July 2, 2020

LARRY ALAN BURNS
Chief United States District Judge